# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PAUL SHANE GARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00044 |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | District Judge Richardson |
| NASHVILLE, et al., ) | Magistrate Judge Holmes |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

On January 10, 2023, the Parties filed a joint status report advising the Court that the Parties were making significant progress in resolving the case. (Doc. No. 76.) Since then, Plaintiff and the Metropolitan Government of Nashville and Davidson County reached an agreement that will dispose of all claims in this case and are in the process of finalizing settlement documents. The parties anticipate that a stipulation of dismissal will be filed by February 28, 2023.

    Respectfully submitted,

    THE DEPARTMENT OF LAW
    OF THE METROPOLITAN GOVERNMENT OF
    NASHVILLE AND DAVIDSON COUNTY
    WALLACE W. DIETZ (#9949)
    DIRECTOR OF LAW

    /s/ Melissa Roberge
    ALLISON L. BUSSELL (#23538)
    ASSOCIATE DIRECTOR OF LAW
    MELISSA ROBERGE (#26230)
    SENIOR COUNSEL
    108 Metropolitan Courthouse
    P.O. Box 196300
    Nashville, Tennessee 37219
    (615) 862-6341
    allison.bussell@nashville.gov
    melissa.roberge@nashville.gov
    *Counsel for Defendant Metro*

J. ISAAC SANDERS
WILLIAM J. HARBISON, II
1201 Demonbreun Street
Suite 1000
Nashville, TN 37213

Wayne A. Ritchie, II
Stephen Ross Johnson
Samantha Ellis
606 West Main Ave.
P.O. Box 1126
Knoxville, TN 37901-1126
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via CM/ECF to:

| | |
|---|---|
| J. Isaac Sanders<br>William J. Harbison, II<br>1201 Demonbreun Street<br>Suite 1000<br>Nashville, TN 37213 | Rebecca W. Demaree<br>Nashville City Center<br>511 Union Street<br>Suite 1500<br>P.O. Box 190695<br>Nashville, TN 37219 |
| Wayne A. Ritchie, II<br>Stephen Ross Johnson<br>Samantha Ellis<br>606 West Main Ave.<br>P.O. Box 1126<br>Knoxville, TN 37901-1126 | Rebecca C. Blair<br>Claire G. Sawyer<br>1608 Westgate Circle, Suite 100<br>Nashville, TN 37207 |
| Kristin E. Berexa<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027 | John M. L. Brown<br>3676 Alessio Road<br>Whites Creek, Tennessee 37189 |

on this 21st day of February, 2023.

/s/ Melissa Roberge
Melissa Roberge