# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| PAUL SHANE GARRETT | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:22-CV-00044 |
| | ) | |
| v. | ) | DISTRICT JUDGE RICHARDSON |
| | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE, | ) | MAGISTRATE JUDGE HOLMES |
| ROY DUNAWAY, Individually, | ) | JURY TRIAL REQUESTED |
| JEFF WEST, Individually, AND | ) | |
| DEAN HANEY, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Paul Shane Garrett, and Defendants Metropolitan Government of Nashville, Roy Dunaway, Jeff West, David Miller, and Dean Haney (collectively, "the Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A), being in agreement that they have fully and completely resolved any and all claims between them, including without limitation any claim, counterclaim or defense of any kind or nature which has been asserted or which could have been asserted herein, now submit this Joint Stipulation of Dismissal with Prejudice. Additionally, the parties agree that the previous dismissal of David Miller without prejudice (Doc. No. 47) should be converted to a dismissal with prejudice. The Parties further stipulate and agree that each party shall be responsible for the party's own costs, including discretionary costs, in this action.

WHEREFORE, the Parties respectfully request that the Court dismiss this lawsuit, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted this 1st day of March, 2023.

**APPROVED FOR ENTRY:**

/s/ J. Isaac Sanders
J. Isaac Sanders (BPR # 29372)
William J. Harbison II (BPR # 33330)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37213
Phone : (615) 244-1713
Fax : (615) 726-0573
e-mail: isanders@nealharwell.com
e-mail: jharbison@nealharwell.com

Wayne A. Ritchie II, BPR #013936
Stephen Ross Johnson, BPR#022140
Samantha I. Ellis, BPR #036709
RITCHIE, DAVIES, JOHNSON &
STOVALL, P.C.
606 West Main Street, Suite 300
Post Office Box 1126
Knoxville, Tennessee 37901-1126
Phone: (865) 637-0661
e-mail: war@rdjs.law
e-mail: sellis@rdjs.law
e-mail: johnson@rdjs.law
*Attorneys for Plaintiff Paul Shane Garrett*

/s/ Kristen Ellis Berexa
(with permission, J. Isaac Sanders)
Kristin Ellis Berexa (BPR #14833)
FARRAR & BATES, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
Phone: (615) 254-3060
Fax: (615) 254-9835
e-mail: kristin.berexa@farrar-bates.com

/s/ Melissa Roberge
(with permission, J. Isaac Sanders)
Allison L. Bussell (BPR #23538)
Melissa S. Roberge (BPR # 026230)
THE DEPARTMENT OF LAW OF THE
METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY
108 Metropolitan Courthouse
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6341
e-mail: allison.bussell@nashville.gov
e-mail: mallory.ricci@nashville.gov
e-mail: melissa.roberge@nashville.gov
*Counsel for Metropolitan Government*

/s/ Rebecca Wells-Demaree
(with permission, J. Isaac Sanders)
Rebecca Wells-Demaree (BPR #13994)
CORNELIUS & COLLINS, LLP
P. O. Box 190695
211 Athens Way, Suite 200
Nashville, TN 37228
Phone : (615) 244-1440
Fax : (615) 254-9477
e-mail: rwdemaree@cclawtn.com
*Attorney for Defendant Dean Haney*

/s/ Rebecca C. Blair
(with permission, J. Isaac Sanders)
Rebecca C. Blair (BPR #017939)
Claire G. Sawyer (BPR # 024446)
THE BLAIR LAW FIRM
1608 Westgate Circle, Suite 100

| | |
|---|---|
| John M. L. Brown (BPR #05438)<br>810 Dominican Drive, Suite 206<br>Nashville, TN 37228<br>Phone: (615) 242-3348<br>Fax: (615) 242-6502<br>Email: jmlb@jmlblaw.com<br>*Attorneys for Defendant Roy Dunaway* | Brentwood, TN 37207<br>Telephone: (615) 953-1122<br>Facsimile: (615) 953-1121<br>e-mail: rblair@blair-law.com<br>email: csawyer@blair-law.com<br>*Attorney for Defendant Detective Jeff West*<br><br>/s/Kevin C. Klein<br>(with permission, J. Isaac Sanders)<br>Klein Solomon Mills, PLLC<br>1322 4th Avenue North<br>Nashville, TN 37208<br>Telephone: (615)600-4780<br>Email: kevin.klein@kleinpllc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF to the following on the 1st day of March, 2023:

| *Attorneys for Defendant Dunaway:* | *Attorneys for Defendant Metro:* |
|---|---|
| FARRAR & BATES, LLP<br>Kristin Ellis Berexa (BPR # 14833)<br>12 Cadillac Drive, Suite 480<br>Nashville, TN 37027<br>(615) 254-3060<br>kristin.berexa@farrar-bates.com<br><br>LAW OFFICES OF JOHN M.L. BROWN<br>John M.L. Brown (BPR # 5438)<br>810 Dominican Drive, Suite 206<br>Nashville, TN 37228<br>(615) 242-3348<br>jmlb@jmlblaw.com | METROPOLITAN LEGAL DEPARTMENT<br>Allison L. Bussell (BPR # 23538)<br>Melissa S. Roberge (BPR # 026230)<br>P.O. Box 196300<br>Nashville, TN 37219<br>(615) 862-6341<br>allison.bussell@nashville.gov<br>mallory.ricci@nashville.gov<br>melissa.roberge@nashville.gov |

| *Attorneys for Defendant West:* | *Attorneys for Defendant Haney:* |
|---|---|
| <u>The Blair Law Firm</u><br>Rebecca C. Blair (BPR # 17939)<br>Claire G. Sawyer (BPR # 24446) 1608 Westgate Circle, Suite 1000<br>Brentwood, TN 37027<br>(615) 953-1122<br>csawyer@blair-law.com<br>rblair@blair-law.com | <u>Cornelius & Collins, LLP</u><br>Rebecca Wells-Demaree (BPR # 13994)<br>P.O. Box 190695<br>211 Athens Way, Suite 200<br>Nashville, TN 37228<br>(615) 244-1440<br>rwdemaree@cclawtn.com |
| <u>Klein Solomon Mills, PLLC</u><br>Kevin C. Klein (BPR #23301)<br>1322 4th Avenue North<br>Nashville, TN 37208<br>(615) 600-4780<br>Kevin.klein@kleinpllc.com | |

  /s/ J. Isaac Sanders_____
J. Isaac Sanders