IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAUL SHANE GARRETT,                )
                                   )
        Plaintiff,                 )
                                   )        NO. 3:22-cv-00044
v.                                 )
                                   )        JUDGE RICHARDSON
METROPOLITAN GOVERNMENT OF         )
NASHVILLE, et al.,                 )
                                   )
        Defendants.                )

## **ORDER**

In light of the parties' notice of settlement (Doc. No. 78), the pretrial conference set for December 29, 2023, the jury trial set for January 16, 2024, and all related pretrial deadlines are canceled, to be rescheduled, if appropriate (as seems unlikely).

By March 7, 2023, the parties shall file either a joint stipulation of dismissal or a notice providing an update as to the status of the settlement.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE